**<u>EXHIBIT A</u>**

Fm:AnimationSharks   To: Matthew Morris (18883145497)







⚠ **Attention**

# CONGRATULATIONS!

**your business has been selected for our exclusive offer**

Now it is Time to Boost Your Sales by **1000%** with an Animated Video for Your Business

## Get 90% Off* Your First Video Now!

✓ **Free** Script Writing

✓ **Free** Story Board Design

✓ **Free** Voice Over

✓ **Free** Publishing

✓ Unlimited Revision

✓ 100% Money Back Guarantee

**\*Limited Time Offer**
*This offer expires today at 6.00 pm! (PST)*

*Hurry Up &*
## *Activate Your Coupon Now!* —————

**How To Activate?**

**Call Us: +1-888-233-3032**

Visit Our Page: **animationsharks.com/90**

**Or**
just scan this
QR code



**<u>EXHIBIT B</u>**



HOME (/)     RECENT WORK (/OUR-RECENT-WORK/)     OUR SERVICES ▾(/OUR-EXPERTISE/)     PRICING (/PRICING-GUIDE/)     OUR PROCESS (/ANIMATION-PROCESS)
WHO WE ARE (/WHO-WE-ARE)     CONTACT US (/CONTACT-US)

📞 Call Us: **214-329-9707** (Tel:214-329-9707>)



## Contact Details

📍 **Location**
6701 Center Dr W,
Los Angeles, CA 90045

✉️ **Email:**
info@animationsharks.com (mailto:info@animationsharks.com)

📞 **Tel:**
1-888-2333032 (tel:1-888-2333032)

# Get in touch with the Sharks

Questions, orders, concerns? We are always there to help you. Send us a message and we will get back to you before you know it.

9/21/2017                    Get in Touch With Us – Animation Sharks



👤  Full Name *

✉  Email Address *

📞  Phone No. *

✈  Enter a brief description about your video project. *

**SUBMIT**



Google

Map dReport a map error

**BOOST YOUR SALES BY 300% WITH AN ANIMATED VIDEO**
**GET 90% OFF YOUR FIRST VIDEO**

*"Their work is surely outstanding, no question about it. But the b part is that they get things done within your budget."*

**Vince T. (CMO – Mission Tech.)**

**ABOUT ANIMATION SHARKS**

Dreamers, creators, designers and animators! With unprecedented reputation in the animation industry, Animation Sharks is the team you can rely on.

**OUR EXPERTISE**

2D Explainer (/our-services/2d-explainer)

Motion Graphics (/our-services/motion-graphics)

Typography (/our-services/typography)

Whiteboard Animation (/our-services/whiteboard-animation)

**ANIMATION SHARKS**

Home (/)

Our Recent Work (/our-recent-work)

Our Expertise (/our-expertise)

Pricing Guide (/pricing-guide)

About Us (/who-we-are)

**OUR LOCATION**

6701 Center Dr W,
Los Angeles,
CA 90045

📞  214-329-9707 (tel:214-329-9707)

https://animationsharks.com/contact-us/

Online

**<u>EXHIBIT C</u>**

9/23/2017                    Custom Logo, Website and Video Animation Company



Toll Free 214-329-9707

GET STARTED



WE ARE LOGO CUBIX

WITH 15 YEARS OF SUCCESSFUL BUSINESS UNDER OUR BELT, WE AT LOGO CUBIX THRIVE ON MEETING USER INTERFACE AND
WEB APPLICATION CHALLENGES OF THE FUTURE. WHETHER IT'S ENTREPRENEURIAL VENTURES OR ESTABLISHED ENTERPRISES,
OUR TRIED AND TESTED METHODS AS WELL AS HIGHLY VALUABLE INSIGHTS COMPLIMENT EVERY PROJECT SUCCESSFULLY
COMPLETED AND LAUNCHED TO DATE.

READ MORE
(about-us)

HOME (/)     ABOUT (/ABOUT-US/)     OUR TEAM     WORK     PRICING     SERVICES



Online

9/23/2017        Custom Logo, Website and Video Animation Company



## World-renowned Services for Entrepreneurs and Enterprises

CUSTOM LOGO DESIGN

BANNER DESIGN

WEBSITE DESIGN

STATIONERY DESIGN

BROCHURE DESIGN

### CUSTOM LOGO DESIGN
**Unbeatable prices and unbelievable turnaround times!**

The most unbeatable prices in the entire industry

Completely free logo file formats for Print and Web

100% money-back guarantee

Infinite revisions until you are 100% satisfied

Logo design expertise that spans over 40 industries and 5 million customers

       

**VIEW OUR LOGO DESIGN SERVICES**
(/service/logo-design)

# MEET OUR INTELLECTUAL MUSCLE

PASSION, CREATIVITY AND AN UNRELENTING DRIVE TO BRING DREAMS AND IDEAS TO LIFE IS WHAT ............OME CHAT WITH US.



Online

http://logocubix.us/#our_team        2/6

9/23/2017       Custom Logo, Website and Video Animation Company



**ALEESHA BROWN**
FOUNDER-ART DIRECTOR

**MIKE HARDWARD**
BRAND DESIGNER

**ADELIA LORENE**
UI DESIGNER

**CHRIS DAND**
COPYWRITER

# PORTFOLIO



DEVELOPING PRODUCTS THAT BOAST TOP-NOTCH QUALITY AND PANACHE IS HOW WE ENRICH AND EMPOWER OUR CUSTOMERS. CHECK OUT SOME OF OUR RECENT MILESTONES.

| ALL | BANNER | STATIONERY | LANDING PAGE | BROCHURE | LOGO |
|-----|--------|------------|--------------|----------|------|













Online

9/23/2017                              Custom Logo, Website and Video Animation Company

  

  

  

  

## Here's How Our Expertise Translates into Professional Excellence



Online

9/23/2017                                    Custom Logo, Website and Video Animation Company





**Toll Free 214-329-9707**

## IDENTIFY

communication is what floats our ship – rather than simply sharing our expertise, we keep you in on the loop from a-z when it comes to bringing your dreams and goals to life.



## CRAFT

looks are worthless if they are not seamlessly integrated with feel and functionality. we understand this wholeheartedly and only unleash designs that are user-friendly and do justice to your brand philosophy.



## IMPLEMENT & INTEGRATE

our team of design and development experts gets to work as we ensure your website is seamlessly displayed across all mobile and desktop devices.



## IT'S ALIVE!

we only bid farewell once your project is successfully launched and you are 100% satisfied with the outcome. sit back and enjoy as we execute your vision for the world to see.

# PLANS & PRICING

## $99
~~$349~~

SILVER
PACK

### LOGO DESIGN PACKAGE

6 Logo concepts

Unlimited Revisions

2 Dedicated Designers



Online

9/23/2017



Custom Logo, Website and Video Animation Company

48 hrs Turnaround Time

Money Back Guarantee

100% Satisfaction Guarantee

class="last">24 X 7 Support

Toll Free 214-329-9707

**ORDER NOW**

**$159**
~~$499~~

GOLD
PACK

### LOGO DESIGN PACKAGE

12 Logo Concepts

Unlimited Revisions

4 Creative Designers

48 hrs Turnaround Time

Money Back Guarantee

100% Satisfaction Guarantee

24 X 7 Support

**ORDER NOW**

**$499**
~~$995~~

PLATINUM
PACK

### LOGO DESIGN PACKAGE

Unlimited Logo concepts

Unlimited Revisions

Stationery Design(Business Card, Letterhead, Envelope, Invoice)

6 Dedicated Designers

48 hrs Turnaround Time

Money Back Guarantee

100% Satisfaction Guarantee

24 X 7 Support

**ORDER NOW**

**$499**
~~$1660~~

DIAMOND
PACK

### LOGO DESIGN PACKAGE

Unlimited Logo concepts

5 Page Website



Online

**<u>EXHIBIT D</u>**

9/23/2017        Custom Logo, Website and Video Animation Company

 **LOGO**

0

HOME (/)    ABOUT (/ABOUT-US/)    OUR TEAM    WORK    PRICING    SERVICES   **Toll Free 214-329-9707**

# Logo Cubix

Eye-catching, heart-warming and highly diverse
logos to wow and inspire your audience

**GET STARTED**

## WE ARE LOGO CUBIX

♀

WITH 15 YEARS OF SUCCESSFUL BUSINESS UNDER OUR BELT, WE AT LOGO CUBIX THRIVE ON MEETING USER INTERFACE AND
WEB APPLICATION CHALLENGES OF THE FUTURE. WHETHER IT'S ENTREPRENEURIAL VENTURES OR ESTABLISHED ENTERPRISES,
OUR TRIED AND TESTED METHODS AS WELL AS HIGHLY VALUABLE INSIGHTS COMPLIMENT EVERY PROJECT SUCCESSFULLY
COMPLETED AND LAUNCHED TO DATE.

**READ MORE**
(about-us)



Online

9/23/2017 Custom Logo, Website and Video Animation Company

 LOGO ()

Toll Free 214-329-9707

## World-renowned Services for Entrepreneurs and Enterprises

CUSTOM LOGO DESIGN

BANNER DESIGN

WEBSITE DESIGN

STATIONERY DESIGN

BROCHURE DESIGN

### CUSTOM LOGO DESIGN

**Unbeatable prices and unbelievable turnaround times!**

The most unbeatable prices in the entire industry

Completely free logo file formats for Print and Web

100% money-back guarantee

Infinite revisions until you are 100% satisfied

Logo design expertise that spans over 40 industries and 5 million customers

       

**VIEW OUR LOGO DESIGN SERVICES**
(/service/logo-design)

# MEET OUR INTELLECTUAL MUSCLE

♀

PASSION, CREATIVITY AND AN UNRELENTING DRIVE TO BRING DREAMS AND IDEAS TO LIFE IS WHAT HELPED US BECOME
CHAT WITH US.



Online

9/23/2017                     Custom Logo, Website and Video Animation Company



ALEESHA BROWN          MIKE HARDWARD          ADELIA LORENE          CHRIS DAND
FOUNDER-ART DIRECTOR       BRAND DESIGNER             UI DESIGNER                COPYWRITER

# PORTFOLIO



DEVELOPING PRODUCTS THAT BOAST TOP-NOTCH QUALITY AND PANACHE IS HOW WE ENRICH AND EMPOWER OUR
CUSTOMERS. CHECK OUT SOME OF OUR RECENT MILESTONES.

| ALL | BANNER | STATIONERY | LANDING PAGE | BROCHURE | LOGO |












Online

9/23/2017                    Custom Logo, Website and Video Animation Company

  

  

  

  

Here's How Our Expertise Translates into Professional Excellence



Online

9/23/2017 Custom Logo, Website and Video Animation Company





Toll Free 214-329-9707

## IDENTIFY

communication is what floats our ship – rather than simply sharing our expertise, we keep you in on the loop from a-z when it comes to bringing your dreams and goals to life.



## CRAFT

looks are worthless if they are not seamlessly integrated with feel and functionality. we understand this wholeheartedly and only unleash designs that are user-friendly and do justice to your brand philosophy.



## IMPLEMENT & INTEGRATE

our team of design and development experts gets to work as we ensure your website is seamlessly displayed across all mobile and desktop devices.



## IT'S ALIVE!

we only bid farewell once your project is successfully launched and you are 100% satisfied with the outcome. sit back and enjoy as we execute your vision for the world to see.

# PLANS & PRICING

**$129**
~~$1299~~

**SILVER PACK**

## LOGO DESIGN PACKAGE

8 Logo Concepts

Unlimited Revisions

FREE **Color Options**



Online

9/23/2017

Custom Logo, Website and Video Animation Company

**LOGO**

FREE **Vector Files**

2 Dedicated Designers

48 hrs Turnaround Time

Money Back Guarantee

Toll Free 214-329-9707

**ORDER NOW**

**$209**
~~$2090~~

GOLD
PACK

**LOGO DESIGN PACKAGE**

14 Logo Concepts

Unlimited Revisions

FREE **Stationery Design (Business Card, Letterhead, Envelope)**

FREE **Color Options**

FREE **File Formats (PSD, PDF, AI, JPEG, PNG)**

FREE **Vector Files**

4 Creative Designers

48 hrs Turnaround Time

Money Back Guarantee

**ORDER NOW**

**$259**
~~$2590~~

PLATINUM
PACK

**LOGO DESIGN PACKAGE**

**Unlimited** Logo Concepts

Unlimited Revisions

FREE **Stationery Design (Business Card, Letterhead, Envelope)**

FREE **Color Options**

FREE **File Formats (PSD, PDF, AI, JPEG, PNG)**

FREE **Vector Files**

FREE **Social Media Banner**

6 Creative Designers

48 hrs Turnaround Time

Money Back Guarantee

**ORDER NOW**



Online

**<u>EXHIBIT E</u>**

 **GoDaddy**™      

## Search the WHOIS Database

Enter a domain name to search     Search

# WHOIS search results

Domain Name: logocubix.us
Registry Domain ID: D58698953-US
Registrar WHOIS Server:
Registrar URL: whois.godaddy.com
Updated Date: 2017-03-04T00:24:31Z
Creation Date: 2017-03-04T00:00:50Z
Registry Expiry Date: 2018-03-03T23:59:59Z
Registrar: GoDaddy.com, Inc.
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: C58698949-US
Registrant Name: Salman Yousuf
Registrant Organization: 360digitalmarketing LLC
Registrant Street: 16192 Coastal Hwy
Registrant Street:
Registrant Street:
Registrant City: Lewes
Registrant State/Province: Delaware
Registrant Postal Code: 19958
Registrant Country: US
Registrant Phone: +1.3027270484
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: marketing@360digimarketing.com
Registrant Application Purpose: P3
Registrant Nexus Category: C11
Registry Admin ID: C58698951-US
Admin Name: Salman Yousuf
Admin Organization: 360digitalmarketing LLC
Admin Street: 16192 Coastal Hwy
Admin Street:
Admin Street:
Admin City: Lewes
Admin State/Province: Delaware
Admin Postal Code: 19958
Admin Country: US

Admin Phone: +1.3027270484
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: marketing@360digimarketing.com
Admin Application Purpose: P3
Admin Nexus Category: C11
Registry Tech ID: C58698950-US
Tech Name: Salman Yousuf
Tech Organization: 360digitalmarketing LLC
Tech Street: 16192 Coastal Hwy
Tech Street:
Tech Street:
Tech City: Lewes
Tech State/Province: Delaware
Tech Postal Code: 19958
Tech Country: US
Tech Phone: +1.3027270484
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: marketing@360digimarketing.com
Tech Application Purpose: P3
Tech Nexus Category: C11
Name Server: ns2.designscubix.com
Name Server: ns1.designscubix.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2017-10-03T17:19:59Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

NeuStar, Inc., the Registry Administrator for .US, has collected this information for the WHOIS database through a .US-Accredited Registrar. This information is provided to you for informational purposes only and is designed to assist persons in determining contents of a domain name registration record in the NeuStar registry database. NeuStar makes this information available to you "as is" and does not guarantee its accuracy. By submitting a WHOIS query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data: (1) to allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone; (2) in contravention of any applicable data and privacy protection laws; or (3) to enable high volume, automated, electronic processes that apply to the registry (or its systems). Compilation, repackaging, dissemination, or other use of the WHOIS database in its entirety, or of a substantial portion thereof, is not allowed without NeuStar's prior written permission. NeuStar reserves the right to modify or change these conditions at any time without prior or subsequent notification of any kind. By executing this query, in any manner whatsoever, you agree to abide by these terms. NOTE: FAILURE TO LOCATE A RECORD IN THE WHOIS DATABASE IS NOT INDICATIVE OF THE AVAILABILITY OF A DOMAIN NAME. All domain names are subject to certain additional domain name registration rules. For details, please visit our site at www.whois.us.

See Underlying Registry Data
Report Invalid Whois

**Want to buy this domain?**
Get it with our Domain Buy Service.

Go

**Is this your domain?**
Add hosting, email and more.

Go

## Need help? Call our award-winning support team 24/7 at (480) 505-8877

About GoDaddy
Support
Resources
Partner Programs
Account
Shopping

🌐 United States - English ⌃    USD ⌃

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 - 2017 GoDaddy Operating Company, LLC. All Rights Reserved.

**<u>EXHIBIT F</u>**

简体中文    English    Français    Русский    Español    العربية    Portuguese

# ICANN WHOIS

| www.logocubix.com | | Lookup |

*Showing results for: logocubix.com*
Original Query: www.logocubix.com

# Contact Information

## Registrant Contact
Name: Salman Yousuf
Organization: 360digitalmarketing LLC
Mailing Address: 16192 Coastal Hwy, Lewes Delaware 19958 US
Phone: +1.3027270484
Ext:
Fax:
Fax Ext:
Email:marketing@360digimarketing.com

## Admin Contact
Name: Salman Yousuf
Organization: 360digitalmarketing LLC
Mailing Address: 16192 Coastal Hwy, Lewes Delaware 19958 US
Phone: +1.3027270484
Ext:
Fax:
Fax Ext:
Email:marketing@360digimarketing.com

## Tech Contact
Name: Salman Yousuf
Organization: 360digitalmarketing LLC
Mailing Address: 16192 Coastal Hwy, Lewes Delaware 19958 US
Phone: +1.3027270484

Ext:
Fax:
Fax Ext:
Email:marketing@360digimarketing.com

## Registrar

WHOIS Server: whois.godaddy.com
URL: http://www.godaddy.com
Registrar: GoDaddy.com, LLC
IANA ID: 146
Abuse Contact Email:abuse@godaddy.com
Abuse Contact Phone: +1.4806242505

## Status

Domain Status:clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status:clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status:clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status:clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited

## Important Dates

Updated Date: 2017-03-03
Created Date: 2017-03-03
Registrar Expiration Date: 2018-03-03

## Name Servers

NS1.DESIGNSCUBIX.COM
NS2.DESIGNSCUBIX.COM

## Raw WHOIS Record

9/23/2017                                    | ICANN WHOIS

```
Domain Name: logocubix.com
Registry Domain ID: 2102137214_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2017-03-03T23:58:41Z
Creation Date: 2017-03-03T23:58:40Z
Registrar Registration Expiration Date: 2018-03-03T23:58:40Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Salman Yousuf
Registrant Organization: 360digitalmarketing LLC
Registrant Street: 16192 Coastal Hwy
Registrant City: Lewes
Registrant State/Province: Delaware
Registrant Postal Code: 19958
Registrant Country: US
Registrant Phone: +1.3027270484
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: marketing@360digimarketing.com
Registry Admin ID: Not Available From Registry
Admin Name: Salman Yousuf
Admin Organization: 360digitalmarketing LLC
Admin Street: 16192 Coastal Hwy
Admin City: Lewes
Admin State/Province: Delaware
Admin Postal Code: 19958
Admin Country: US
Admin Phone: +1.3027270484
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: marketing@360digimarketing.com
Registry Tech ID: Not Available From Registry
Tech Name: Salman Yousuf
Tech Organization: 360digitalmarketing LLC
Tech Street: 16192 Coastal Hwy
Tech City: Lewes
Tech State/Province: Delaware
```

```
        Tech Postal Code: 19958
        Tech Country: US
        Tech Phone: +1.3027270484
        Tech Phone Ext:
        Tech Fax:
        Tech Fax Ext:
        Tech Email: marketing@360digimarketing.com
        Name Server: NS1.DESIGNSCUBIX.COM
        Name Server: NS2.DESIGNSCUBIX.COM
        DNSSEC: unsigned
        URL of the ICANN WHOIS Data Problem Reporting System:
        http://wdprs.internic.net/
        >>> Last update of WHOIS database: 2017-09-23T11:00:00Z <<<

        For more information on Whois status codes, please visit
        https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

        The data contained in GoDaddy.com, LLC's WhoIs database,
        while believed by the company to be reliable, is provided "as is"
        with no guarantee or warranties regarding its accuracy.  This
        information is provided for the sole purpose of assisting you
        in obtaining information about domain name registration records.
        Any use of this data for any other purpose is expressly forbidden
        without the prior written
        permission of GoDaddy.com, LLC.  By submitting an inquiry,
        you agree to these terms of usage and limitations of warranty.  In
        particular,
        you agree not to use this data to allow, enable, or otherwise make
        possible,
        dissemination or collection of this data, in part or in its entirety,
        for any
        purpose, such as the transmission of unsolicited advertising and
        and solicitations of any kind, including spam.  You further agree
        not to use this data to enable high volume, automated or robotic
        electronic
        processes designed to collect or compile this data for any purpose,
        including mining this data for your own personal or commercial purposes.

        Please note: the registrant of the domain name is specified
        in the "registrant" section.  In most cases, GoDaddy.com, LLC
        is not the registrant of domain names listed in this database.
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.* These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose. You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time. By submitting a query, you agree to abide by these terms.

* There is one exception: ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2017 Internet Corporation for Assigned Names and Numbers    Privacy Policy

**<u>EXHIBIT G</u>**

Case: 1:17-cv-07205 Document #: 1-1 Filed: 10/09/17 Page 31 of 70 PageID #:40



(/)

HOME (/)    RECENT WORK (/OUR-RECENT-WORK/)    OUR SERVICES ▾ (/OUR-EXPERTISE/)    PRICING (/PRICING-GUIDE/)    OUR PROCESS (/ANIMATION-PROCESS)

WHO WE ARE (/WHO-WE-ARE)    CONTACT US (/CONTACT-US)

📞 Call Us: 214-329-9707 (Tel:214-329-9707>)

# Millions around the globe use the power of animated videos to get their ideas across. *Do you?*

### ENGAGING ANIMATED VIDEOS, CRAFTED EXCLUSIVELY FOR YOUR BUSINESS.

▷ SHOWREEL (https://youtu.be/FS9jtMcdp7A?color=f09415)

> VIEW PRICING & GET STARTED





Online

## Empowering brands globally to realize true potential and create success stories in a distinctive fashion

Engaging animated videos can definitely get it going for you as well! A powerful message, delivered to your audience with precision can make all the

Engaging animated videos can definitely get it going for you as well. A powerful message, delivered to your audience with precision can make all the difference for your business. With shortening attention spans it is important that you keep it unique and exciting for your audience to pay attention to your message and choose you over your competition.

**Lexar**  **Deloitte.**  ORACLE'  **Forbes**

NVIDIA.  ingtiller  amazon

MetLife'  SIEMENS



**Dreamers, creators, designers and animators! With unprecedented reputation in the animation industry, Animation Sharks is the team you can rely on.**

**We are not in the industry because we happen to be here.** We've searched and put together a team of passionate dreamers, creators, designers and animators and together we work towards the same ambition - helping your brand unleash its true potential and making it loveable again. The bottom line: conviction is where we stand, committed we are to make it work for you. Give us a shot and we won't let you down. Ever!

READ MORE (HTTPS://ANIMATIONSHARKS.COM/WHO-WE-ARE)

SEE OUR WORK (HTTPS://ANIMATIONSHARKS.COM/OUR-RECENT-WORK)

# Our Expertise

We take pleasure in creating animation masterpieces for you and your business.
Here are some of the most popular animation types among our clients and the best part is, we can handle them all!

Online  





## Whiteboard Animation

Custom character and typography animations on whiteboard to get your message across.



## Motion Graphics

Immaculate graphic animations that offer a unique and unparalleled viewer experience.



## 2D Explainer

Custom 2D Explainer Videos exclusively made to suit your specifications and business needs.



Online

## Typography

This is the true art of playing around with fonts and words to deliver your message.





**Logo Animation**

No matter where and when your logo was made, we can bring it to life like never before.

*"Outstanding work by Animation Sharks! Beautifully animated v that helped us increase our ROI by more than 90%."*

**Daisy Young (COO – Mystics)**

# Key Stats & Trends

It might seem like simple videos playing in a nice looking browsers but there is plenty happening in the background. There is lot of video content out there already, but beautiful animated content will continue to be a good way to stand out.

**5000+**
Videos

**1100+**
Clients

**100+**
Countries



Online

**13.2**
Million Video Ads Are
Watched Everyday

**82%**
Of Internet Traffic By
2020 Will Be Videos

Case: 1:17-cv-07265 Document #: 1-1 Filed: 10/09/17 Page 35 of 70 PageID #:44



(/)

HOME (/)    RECENT WORK (/OUR-RECENT-WORK/)    OUR SERVICES ▾(/OUR-EXPERTISE/)    PRICING (/PRICING-GUIDE/)    OUR PROCESS (/ANIMATION-PROCESS)

WHO WE ARE (/WHO-WE-ARE)    CONTACT US (/CONTACT-US)

📞 Call Us: 214-329-9707 (Tel:214-329-9707>)

# Who We Are

Dreamers, creators, designers and animators! With unprecedented reputation in the animation industry, Animation Sharks is the team you can rely on.

## Who We Are

*We are not in the industry because we happen to be here.*

We've searched and put together a team of passionate dreamers, creators, designers and animators and together we work towards the same ambition - helping your brand unleash its true potential and making it loveable again. The bottom line: conviction is where we stand, committed we are to make it work for you. Give us a shot and we won't let you down. Ever!

Our service is the sole judge of our performance and the quality of animated videos we have delivered to our clients around the world speaks for itself. More than 60% our business comes from returning customers. We are truly committed to deliver animation solutions that make your business and services stand out from the crowd in the highly competitive environment.

With shortening attention spans and surging popularity for visual content online, it has become pivotal to add exciting animated ads, product demos etc. to your brand outshine the competition. There is no reason why you should wait any longer to get beautifully animated videos for your business.

When you place your ORDER (https://animationsharks.com/pricing-guide/) with Animation Sharks there is no reason why we won't deliver your quality animated videos. We promise you the best value for the money you invest in visual content.

## 5000+

 Videos Delivered

## 1190+

👍 Clients Served

Online



**100+**

**Countries
Reached**

# Our Expertise

We take pleasure in creating animation masterpieces for you and your business.
Here are some of the most popular animation types among our clients and the best part is, we can handle them all!



BOOST YOUR SALES BY 300% W
GET 90% OFF YOUR FIRST

## Whiteboard Animation

Custom character and typography animations on whiteboard to get your message across.



## Motion Graphics

Immaculate graphic animations that offer a unique and unparalleled viewer experience.





Online

## 2D Explainer

Custom 2D Explainer Videos exclusively made to suit your specifications and business needs.



**Typography**
This is the true art of playing around with fonts and words to deliver your message.



**Logo Animation**
No matter where and when your logo was made, we can bring it to life like never before.

# Why Choose Us?

It is important for you to know how we add value to your business. Here are some of the differentiating factors to get you started.



**Best In-house Team**
Our in-house team of animators, designers and voice-over artists is what makes us better than others in the business. Their skill and commitment is our USP.



**Quickest TAT**
With years of experience, we work to improve our processes every day and that enables us to deliver your videos and results faster than anyone.



**Value for Buck**
100% Satisfaction, best team at work, fastest TAT, UNLIMITED Revisions and quality check at every step, you will receive the best value for your buck!



**We Promise Results**
With premium quality animated videos your business is bound to boost. Our content has made its mark with more than 400% increa for our clients.



Online

*"Their work is surely outstanding, no question about it. But the b part is that they get things done within your budget."*

**Vince T. (CMO – Mission Tech.)**



(/)

HOME (/)    RECENT WORK (/OUR-RECENT-WORK/)    OUR SERVICES ▾ (/OUR-EXPERTISE/)    PRICING (/PRICING-GUIDE/)    OUR PROCESS (/ANIMATION-PROCESS)

WHO WE ARE (/WHO-WE-ARE)    CONTACT US (/CONTACT-US)

📞 Call Us: 214-329-9707 (Tel:214-329-9707>)

# Bringing Your Stories to Life to Make Success Stories

We have told some of the most unique and exciting stories for businesses from around the world. Take a look at some of our inspiring work.

‹





›

(https://www.youtube.com/watch?v=VZB7MDFNI38 )        (https://www.youtube.com/watch?v=uliZxWe1xCE)

## Our Recent Work

Here is a small part of our inspirational work.

BOOST YOUR SALES BY 300% WITH AN ANIMATED VIDEO you with complete confidence.

GET 90% OFF YOUR FIRST VIDEO



Online



All     2D Explainer     Motion Graphics     Typography     Whiteboard Animation





**BOOST YOUR SALES BY 300% WITH AN ANIMATED VIDEO**
**GET 90% OFF YOUR FIRST VIDEO**



Online

















**BOOST YOUR SALES BY 300% WITH AN ANIMATED VIDEO**
**GET 90% OFF YOUR FIRST VIDEO**

Online

HERE TO HELP!



Case: 1:17-cv-07265 Document #: 1-1 Filed: 10/09/17 Page 41 of 70 PageID #:50





**BOOST YOUR SALES BY 300% WITH AN ANIMATED VIDEO**
**GET 90% OFF YOUR FIRST VIDEO**

Online







**BOOST YOUR SALES BY 300% WITH AN ANIMATED VIDEO**
**GET 90% OFF YOUR FIRST VIDEO**

Online





Case: 1:17-cv-07265 Document #: 1-1 Filed: 10/09/17 Page 43 of 70 PageID #:52





**BOOST YOUR SALES BY 300% WITH AN ANIMATED VIDEO**
**GET 90% OFF YOUR FIRST VIDEO**

Online

HERE TO HELP!



Case: 1:17-cv-07265 Document #: 1-1 Filed: 10/09/17 Page 44 of 70 PageID #:53



(/)

HOME (/)     RECENT WORK (/OUR-RECENT-WORK/)     OUR SERVICES ▾(/OUR-EXPERTISE/)     PRICING (/PRICING-GUIDE/)     OUR PROCESS (/ANIMATION-PROCESS)
WHO WE ARE (/WHO-WE-ARE)     CONTACT US (/CONTACT-US)

📞 Call Us: **214-329-9707** (Tel:214-329-9707>)

## BOOST YOUR SALES BY 300% WITH AN ANIMATED VIDEO
## GET 90% OFF YOUR FIRST VIDEO



Online







**<u>EXHIBIT H</u>**



DIGITAL MARKETING LLC

HOME    ABOUT    SERVICES    OUR TEAM    WORK    CONTACT

# Inspired by
# Ideas & Technology

ROBUST DIGITAL SOLUTIONS FOR BUSINESSES AROUND THE WORLD

LEARN MORE ABOUT OUR APPROACH

## WE ARE 360 DIGITAL MARKETING

WE ARE ON A MISSION TO BECOME THE GAME-CHANGERS IN DIGITAL AND TECHNOLOGY INDUSTRY.
WITH A TALENTED TEAM OF PASSIONATE INDIVIDUALS WE ARE ON OUR WAY TO BEAT THE REST AND MAKE IT COUNT!
WE PROVIDE YOU WITH WORLD-CLASS WEB AND MOBILE SOLUTIONS NO MATTER WHERE YOU MAY BE. 360 DIGI MARKETING SETS
YOU APART, DIGITALLY.



# SERVICES & SOLUTIONS

IF YOU ARE LOOKING FOR AN ALL-ROUND DIGITAL SOLUTION FOR YOUR BUSINESS,
360 DIGI MARKETING IS HERE, WITH ALL THE PASSION AND EXPERTISE REQUIRED TO HANDLE IT.



## LOGO & WEB DESIGNING
Our designers design your logos and websites with utmost passion and enthusiasm.
FIND OUT MORE



## WEB DEVELOPMENT
Bringing web to life - from simplest to the most complex models, we love them all!
FIND OUT MORE



## VIDEO ANIMATION
We create unparalleled video animations to set new benchmarks of creativity.
FIND OUT MORE



## CORPORATE BRANDING
We brand your business to make your audience fall in love with it, like never before.
FIND OUT MORE



## SEO AND ANALYTICS
Every business can achieve beyond the basics, when you show and know it right.
FIND OUT MORE



## WRITING CONSULTANCY
We provide quality content for your websites and ads that complement your creativity.
FIND OUT MORE

# COMPANY PHILOSOPHY

There is nothing better than being passionate about what you do, so we do not hire people to work for us, rather we partner with technology enthusiasts to work with us and deliver unprecedented digital solutions to our clients. We are radically focused on the services we provide and ensure a win-win situation for both – our clients and the organization. Progress is in our DNA!

# MEET THE TEAM

**PASSION, PERFORMANCE AND PROGRESS** ARE THE WORDS THAT DEFINE OUR TEAM THE BEST! HERE ARE OUR KEY ASSETS WHO HAVE SERVED AS AN INSPIRATION TO THE REST OF THE TEAM.



**ARLEEN JOHNSON**
TECHNICAL DIRECTOR



**JOEY CLARK**
PROJECT LEAD



**SANDRA WHITES**
ART DIRECTOR



**HARVEY BROWN**
ANIMATION CONSULTANT

# STATS MATTER

0

Happy Customers



0

Successful Projects

0%

Repeated Business

$

0

Positive Reviews



# LATEST WORK

WE PRODUCE QUALITY BEYOND ORDINARY TO ENRICH DIGITAL EXPERIENCES FOR YOUR CLIENTS.
TAKE A QUICK LOOK AT SOME OF OUR RECENT WORK.

| ALL | WEBSITES | STATIONERY | BROCHURE | LOGOS |





DIGITAL MARKETING LLC

HOME    ABOUT    SERVICES    OUR TEAM    WORK    CONTACT

# Inspired by
# Ideas & Technology

ROBUST DIGITAL SOLUTIONS FOR BUSINESSES AROUND THE WORLD

LEARN MORE ABOUT OUR APPROACH

## WE ARE 360 DIGITAL MARKETING

WE ARE ON A MISSION TO BECOME THE GAME-CHANGERS IN DIGITAL AND TECHNOLOGY INDUSTRY.
WITH A TALENTED TEAM OF PASSIONATE INDIVIDUALS WE ARE ON OUR WAY TO BEAT THE REST AND MAKE IT COUNT!
WE PROVIDE YOU WITH WORLD-CLASS WEB AND MOBILE SOLUTIONS NO MATTER WHERE YOU MAY BE. 360 DIGI MARKETING SETS
YOU APART, DIGITALLY.





**LOGO & WEB DESIGNING**
Our designers design your logos and websites with utmost passion and enthusiasm.
FIND OUT MORE



**WEB DEVELOPMENT**
Bringing web to life - from simplest to the most complex models, we love them all!
FIND OUT MORE



**VIDEO ANIMATION**
We create unparalleled video animations to set new benchmarks of creativity.
FIND OUT MORE



**CORPORATE BRANDING**
We brand your business to make your audience fall in love with it, like never before.
FIND OUT MORE



**SEO AND ANALYTICS**
Every business can achieve beyond the basics, when you show and know it right.
FIND OUT MORE



**WRITING CONSULTANCY**
We provide quality content for your websites and ads that complement your creativity.
FIND OUT MORE

# COMPANY PHILOSOPHY

There is nothing better than being passionate about what you do, so we do not hire people to work for us, rather we partner with technology enthusiasts to work with us and deliver unprecedented digital solutions to our clients. We are radically focused on the services we provide and ensure a win-win situation for both – our clients and the organization. Progress is in our DNA!



HOME    ABOUT    SERVICES    OUR TEAM    WORK    CONTACT

**PASSION, PERFORMANCE AND PROGRESS** ARE THE WORDS THAT DEFINE OUR TEAM THE BEST! HERE ARE OUR KEY ASSETS WHO HAVE SERVED AS AN INSPIRATION TO THE REST OF THE TEAM.



**ARLEEN JOHNSON**
TECHNICAL DIRECTOR



**JOEY CLARK**
PROJECT LEAD



**SANDRA WHITES**
ART DIRECTOR

Case: 1:17-cv-07265 Document #: 1-1 Filed: 10/09/17 Page 55 of 70 PageID #:64



**HARVEY BROWN**
ANIMATION CONSULTANT

## STATS MATTER

0

Happy Customers



0

Successful Projects

0%

Repeated Business

$

0

Positive Reviews



## LATEST WORK



Case: 1:17-cv-07265 Document #: 1-1 Filed: 10/09/17 Page 57 of 70 PageID #:66



Case: 1:17-cv-07265 Document #: 1-1 Filed: 10/09/17 Page 58 of 70 PageID #:67



DIGITAL MARKETING LLC

HOME     ABOUT     SERVICES     OUR TEAM     WORK     CONTACT

# Inspired by
# Ideas & Technology

ROBUST DIGITAL SOLUTIONS FOR BUSINESSES AROUND THE WORLD

LEARN MORE ABOUT OUR APPROACH



DIGITAL MARKETING LLC

## WE ARE 360 DIGITAL MARKETING

HOME     ABOUT     SERVICES     OUR TEAM     WORK     CONTACT

WE ARE ON A MISSION TO BECOME THE GAME-CHANGERS IN DIGITAL AND TECHNOLOGY INDUSTRY.
WITH A TALENTED TEAM OF PASSIONATE INDIVIDUALS WE ARE ON OUR WAY TO BEAT THE REST AND MAKE IT COUNT!
WE PROVIDE YOU WITH WORLD-CLASS WEB AND MOBILE SOLUTIONS NO MATTER WHERE YOU MAY BE. 360 DIGI MARKETING SETS
YOU APART, DIGITALLY.





## LOGO & WEB DESIGNING

Our designers design your logos and websites with utmost passion and enthusiasm.

FIND OUT MORE



## WEB DEVELOPMENT

Bringing web to life - from simplest to the most complex models, we love them all!

FIND OUT MORE



## VIDEO ANIMATION

We create unparalleled video animations to set new benchmarks of creativity.

FIND OUT MORE



## CORPORATE BRANDING

We brand your business to make your audience fall in love with it, like never before.

FIND OUT MORE



## SEO AND ANALYTICS

Every business can achieve beyond the basics, when you show and know it right.

FIND OUT MORE



## WRITING CONSULTANCY

We provide quality content for your websites and ads that complement your creativity.

FIND OUT MORE

# COMPANY PHILOSOPHY

There is nothing better than being passionate about what you do, so we do not hire people to work for us, rather we partner with technology enthusiasts to work with us and deliver unprecedented digital solutions to our clients. We are radically focused on the services we provide and ensure a win-win situation for both – our clients and the organization. Progress is in our DNA!

**PASSION, PERFORMANCE AND PROGRESS** ARE THE WORDS THAT DEFINE OUR TEAM THE BEST! HERE ARE OUR KEY ASSETS WHO HAVE SERVED AS AN INSPIRATION TO THE REST OF THE TEAM.



### ARLEEN JOHNSON
TECHNICAL DIRECTOR



### JOEY CLARK
PROJECT LEAD



### SANDRA WHITES
ART DIRECTOR



**HARVEY BROWN**
ANIMATION CONSULTANT

## STATS MATTER

0

Happy Customers



0

Successful Projects

0%

Repeated Business

0

Positive Reviews



## LATEST WORK





**<u>EXHIBIT I</u>**

10/5/2017

  MEDIA

HOME     ABOUT     SERVICES     OUR TEAM     WORK     CONTACT

# Inspired by
# Ideas & Technology

ROBUST MEDIA SOLUTIONS FOR BUSINESSES AROUND THE WORLD

LEARN MORE ABOUT RECKON MEDIA

## WE ARE **RECKON MEDIA**

RECKON AIMS TO BECOME THE GAME-CHANGER IN DIGITAL MEDIA AND TECHNOLOGY INDUSTRY.
WITH OUR HIGHLY SKILLED TEAM OF EXPERTS WE ARE ON A MISSION TO BE THE BEST WITH AN EVERLASTING IMPRESSION!
OUR EXPERTS KNOW THE ART OF CRAFTING THE PERFECT WEB AND MOBILE SOLUTIONS NO MATTER WHERE YOU MAY BE. RECKON
MEDIA SETS YOU APART, DIGITALLY.



10/5/2017

Reckon Media LLC :: Let Us Digitize Your Brand!

# SERVICES & SOLUTIONS

YOUR SEARCH FOR THE IDEAL DIGITAL MEDIA SOLUTIONS ENDS HERE
AT THE RECKON MEDIA, SUPERCHARGED WITH THE TEAMS OF DIGITAL MARKETERS, DESIGNERS, AND DEVELOPERS.



### LOGO & WEB DESIGNING
Let us Design a perfect Digital Existence for your Business with our Logo & Web Designing Solutions.



### WEB DEVELOPMENT
Our Web Developers have the secret sauce for your success with the combination of Art & Dedication.



### GRAPHIC DESIGNING
We love to create streamlined and Vivid-Graphic Content powered with Dedication and Innovation.



### APP & GAME DEVELOPMENT
Our coders love working in Challenging situations with the flavor of perfection.



### CORPORATE BRANDING
Our group of passionate Digital Marketers can bolster your branding goals extensively.



### SEO AND ANALYTICS
Boost your organic reach on Search Engines and expand your business to new horizons.



### DIGITAL ADVERTISING
The Digital world can unlock the true potential of your business by reaching new markets globally.



### 24/7 COMMUNICATION
Our experts are available 24/7 to assist you in selecting the right product.



### CLOUD AND VPN SERVICES
Get the reliable, fast and secure cloud storage with diverse VPN Solutions.

Reckon Media LLC :: Let Us Digitize Your Brand!

## OUR SUBSIDIARIES









## COMPANY PHILOSOPHY

Reckon does not hire people but partner with the technology enthusiasts, and influencers who can provide unmatched solutions to our customers. Our experts believe in delivering the best with their creativity and dedication. Reckon does not promise but deliver satisfaction meticulously to its customer. We are not a firm but a conjoined family of digital marketers, Web Designers, Apps & Web Developers.

## MEET THE TEAM

**CREATIVITY, PASSION, AND DEDICATION** ARE THE PHRASES THAT PUTS US IN THE LIMELIGHT! HERE ARE OUR EXPERTS WHO HAVE SERVED AS AN INSPIRATION TO THE REST OF THE TEAMS.

10/5/2017

Reckon Media LLC :: Let Us Digitize Your Brand!



**ARLEEN JOHNSON**

TECHNICAL DIRECTOR



**PATRICK OWEN**

CREATIVE LEAD



**SANDRA WHITES**

ART DIRECTOR



**PETER SMITH**

LEAD DESIGNER / DEVELOPER

10/5/2017

Reckon Media LLC :: Let Us Digitize Your Brand!



10/5/2017

Reckon Media LLC :: Let Us Digitize Your Brand!

