**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RALANDA WEBB ) | | |
| on behalf of plaintiff and ) | | |
| the class members defined herein, ) | | |
| ) | | |
| Plaintiff, ) | 17-cv-7265 | |
| ) | | |
| v. ) | | |
| ) | Judge Robert M. Dow | |
| 360 DIGITAL MARKETING, LLC, ) | | |
| doing business as ANIMATION SHARKS, ) | Magistrate Judge Maria Valdez | |
| and LOGOCUBIX; ) | | |
| RECKON MEDIA LLC; ) | | |
| and JOHN DOES 1-10, ) | | |
| Defendants. ) | | |

## ORDER ENTERING DEFAULT JUDGMENT

This matter coming to be heard on prove-up on damages and attorney's fees and costs in support of Plaintiff's Motion for Entry of Default, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

Default judgment is entered against defendants 360 DIGITAL MARKETING, LLC doing business as Animation Sharks, and Logocubix; Reckon Media, LLC, and in plaintiff's favor for her claims, in the amount of $1,500.00 for plaintiff, plus $485.00 in costs of suit for a total of $1,985.00.

Dated: 12/21/2017    Judge: _____
                     Hon. Robert M. Dow